UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07-cv-00648-JGH

MYRA PARKS, on behalf of herself and all
others similarly situated                                                                PLAINTIFF

vs.

RAINBOW RENTALS, INC. d/b/a
RENT-A-CENTER, INC.                                                                       DEFENDANT

### DEFENDANT'S PROPOSED
### LITIGATION PLAN AND DISCOVERY SCHEDULE OUTLINE

Counsel for Defendant Rainbow Rentals, Inc. d/b/a Rent-A-Center, Inc.[1] ("Rent-A-Center") and counsel for Plaintiff Myra Parks ("Parks") have conferred regarding a litigation plan and discovery schedule. Counsel have been unable to agree to a litigation plan and discovery schedule in this matter. (Counsel for Plaintiff has not submitted to counsel for Defendant a proposed a litigation plan and discovery schedule). Accordingly, Rent-A-Center hereby proposes the following litigation plan and discovery schedule.

**BRIEFLY DESCRIBE CLAIMS:**

Following the Court's Order of June 4, 2008 (Dkt. No. 13), two claims remain in this lawsuit: (1) common law invasion of privacy; and (2) violation of the Kentucky Consumer Protection Act (KRS 367.110, *et seq.*). The Complaint alleges that Parks rented furniture from Rent-A-Center and, after the expiration of the rental agreement, Rent-A-Center posted copies of an Account Worksheet with her social security number and the words "Past Due" on the outside of Parks's home in Fayette County, Kentucky.

---

[1] The Defendant is incorrectly named in the Complaint and should be identified as Rent-Way, Inc. d/b/a Rent-A-Center.

(Compl., ¶¶ 1, 8.)  Parks alleges that she suffered emotional distress, mental suffering, damage to her reputation and possible identity theft as a result.  (Compl., ¶ 9.)

**THE PARTIES BELIEVE THAT A SCHEDULING CONFERENCE WOULD BE HELPFUL NOW IN THIS CASE**: Yes_____No_X_____
   **IF YES, for what reason for the conference**: N/A

**PRE-DISCOVERY DISCLOSURES**(Fed.R.Civ.P.26(a)(l)by: August 15, 2008.
   This disclosure includes any document or item which may be an exhibit at trial, except those which are created for use at trial.

**DISCOVERY** on the issues of Plaintiff's individual claims and damages shall be completed by: February 2 2009.

**SPECIAL INSTRUCTIONS RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:** No class discovery shall be conducted until further order of the Court.

**IDENTIFY EXPERTS AND COMPLIANCE** with Fed.R.Civ.P. 26(a)(2):

from Plaintiff(s) by: December 1, 2008.

from Defendant(s) by: January 2, 2009.

**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS**

shall be due by: December 1, 2008.

**OTHER MISCELLANEOUS MATTERS:** (any further additions) N/A

**ALL DISCOVERY** shall be completed by: February 2, 2009.

**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P.26(E) WITHIN A REASONABLE TIME BUT NO LATER THAN:** February 13, 2009.

**DISPOSITIVE MOTIONS** shall be filed by: February 27, 2009.

**THE PARTIES WOULD LIKE A SETTLEMENT CONFERENCE: Month/Year** May, 2009

**PRE-TRIAL CONFERENCE:** Month/Year  June 2009

The parties categorized this case as:

Complex _____(Ready for trial within 2 years)
Simple _____X_____(Ready for trial in less than one year)
Other _____(Explain)_____
_____

**THIS CASE SHOULD BE READY FOR TRIAL** by: <u>July 2009</u>

**THE PARTIES WOULD LIKE FOR THE COURT TO SET A TRIAL DATE NOW:**
Yes_____ No_____X_____
**ANTICIPATED LENGTH OF TRIAL** _____1 to 2_____(days)

**JURY TRIAL REQUEST:** Yes___X_____ No_____

                    Respectfully submitted,

                    DINSMORE & SHOHL LLP

                    <u>*s/ Jeremy S. Rogers*</u>
                    R. Kenyon Meyer
                    Jeremy S. Rogers
                    1400 PNC Plaza
                    500 W. Jefferson Street
                    Louisville, Kentucky 40202
                    (502) 540-2300
                    (502) 585-2207 (fax)
                    Counsel for Defendant

**CERTIFICATE OF SERVICE**

    It is hereby certified that the foregoing was served via the Court's electronic filing system this 21st day of July, 2008, upon the following:

Randall L. Wright
CUNNINGHAM & FELL, PLLC
6010 Brownsboro Park Blvd., Suite G
Louisville, KY  40207-1294
**Counsel for Plaintiff**

                                              *s/ Jeremy S. Rogers*
                                              Counsel for Defendant