UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**MYRA PARKS**   **PLAINTIFF**

**VS**   **CIVIL ACTION NO. 3:07CV-648-H**

**RAINBOW RENTALS, INC.**   **DEFENDANT(S)**

### ORDER

  Counsel for the defendant having notified the Court of a settlement in this matter; **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within sixty (60) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire. **The pretrial conference currently scheduled for July 24, 2009 is remanded from the docket.**

Date: August 18, 2008

Copies to counsel