UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07-cv-00648-JGH

**MYRA PARKS, on behalf of herself and all
others similarly situated**                                                                **PLAINTIFF**

vs.

**RAINBOW RENTALS, INC. d/b/a
RENT-A-CENTER, INC.**                                                                          **DEFENDANT**

**AGREED ORDER OF DISMISSAL**

Upon agreement of the parties and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice.